# United States Court of Appeals
## For the First Circuit

No. 21-1713

MARLON GUARDADO,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on August 7, 2023, is amended as follows:

On page 6, line 21, replace "foregoing" with "forgoing."